```
               IN THE UNITED STATES BANKRUPTCY COURT
             NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION


IN RE:   KENNETH W. JACKSON                    ) Chapter 13
                                               )
                                               )
                                               )
                                  - Creditor   ) No. 13B11812
OneWest Bank, FSB                              )
                                               )
              v.                               ) Judge
                                               )Janet Baer
KENNETH W. JACKSON                - Debtor    )
                                               )
```

NOTICE OF MOTION


TO:  SEE ATTACHED ADDRESSES


     PLEASE TAKE NOTICE THAT ON June 20, 2013 at 10:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet Baer, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 615, and shall then and there present the attached Motion and at which time you may appear if you so desire.


CERTIFICATION


     I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on 6/12/13, with proper postage prepaid.

```
                                  PIERCE & ASSOCIATES, P.C.
**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY         /s/Dana O'Brien
INFORMATION OBTAINED WILL BE      ARDC#6256415
USED FOR THAT PURPOSE**
                                  1 North Dearborn
                                  Suite 1300
                                  Chicago, Illinois 60602
                                  312-346-9088

PA13-2304
```

<u>NOTICE OF MOTION ADDRESSES</u>

```
To Trustee:
Tom  Vaughn
55 South Michigan Avenue
Suite 3850
Chicago, Illinois 60604
```
**By Electronic Notice through ECF**

```
To Debtor:
KENNETH W. JACKSON
6607 N. Greenview Avenue
Chicago, IL 60626
```
**By U.S. Mail**

```
To Attorney:
Mohammed O Badwan
Sulaiman Law Group, LTD
900 Jorie Blvd Ste 150
Oak Brook, IL 60523
```
**By Electronic Notice through ECF**

**PIERCE & ASSOCIATES, P.C.**
**Suite 1300**
**1 North Dearborn**
**Chicago, Illinois 60602**
**(312) 346-9088**

PA13-2304

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
RE:   KENNETH W. JACKSON            )
                                    )
OneWest Bank, FSB                   )
       Creditor,                    )    Case No. 13B11812
                                    )    Judge Janet Baer
    vs.                             )
                                    )
KENNETH W. JACKSON,                 )
       Debtor(s),                   )
```

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES OneWest Bank, FSB, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 6607 N. Greenview Avenue, Chicago, IL 60626, be Modified, stating as follows:

1. On March 22, 2013, the above captioned Chapter 13 was filed.

2. The above captioned Chapter 13 is not confirmed.

3. OneWest Bank, FSB services the first mortgage lien on the property located at 6607 N. Greenview Avenue, Chicago, IL 60626.

4. The Chapter 13 Plan calls for the surrender of the property located at 6607 N. Greenview Avenue, Chicago, IL 60626.

5. OneWest Bank, FSB continues to be injured each day it remains bound by the Automatic Stay.

6. OneWest Bank, FSB is not adequately protected.

7. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic

Stay on the property located at 6607 N. Greenview Avenue, Chicago, IL 60626, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to OneWest Bank, FSB to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

OneWest Bank, FSB

/s/Dana O'Brien
Dana O'Brien ARDC#6256415

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088