B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–11812**
**Chapter 13**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kenneth W. Jackson
  6607 N. Greenview Avenue, Apt. 2
  Chicago, IL 60626–4217

Social Security / Individual Taxpayer ID No.:
  xxx–xx–1030

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

   It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

   If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtor's plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.


                                                    FOR THE COURT

Dated: <u>December 26, 2013</u>                    <u>Kenneth S. Gardner, Clerk</u>
                                                    United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).


**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                         Case No. 13-11812-JSB
Kenneth W. Jackson                                             Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1         User: mflowers              Page 1 of 1         Date Rcvd: Dec 26, 2013
                             Form ID: b18w               Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2013.
db             Kenneth W. Jackson,    6607 N. Greenview Avenue, Apt. 2,    Chicago, IL  60626-4217
20220720       American Honda Finance,    PO Box 6001,   City of Industry, CA 91716
20600096       CitiBank, NA.,    PO Box 6030,   Sioux Falls, SD 57117-6030
20220721       Citibank,   PO Box 769004,   San Antonio, TX 78245-9004
20220726       Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20220727      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20220728      +IndyMac Bank Home Loan Servicing,    888 E. Walnut Street,    Pasadena, CA 91101-1895
20220729      +Indymac Mortgage Services,    PO Box 78826,   Phoenix, AZ 85062-8826
20220730       Marianne Florence Sheridan,    6607 N. Greenview Avenue, Apt. 1,    Chicago, IL 60626-4217
20404738      +ONE WEST BANK,FSB,    POST OFFICE BOX 829009,   DALLAS, TEXAS 75382-9009
20220731      +Onewest Bank,    6900 Beatrice Drive,   Kalamazoo, MI 49009-9559
20304332      +Phuoc Mac,    5701 N. Ashland Avenue,   Chicago, IL 60660-4027
20220732      +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20220719       EDI: HNDA.COM Dec 26 2013 23:58:00      American Honda Finance,    2170 Point Boulevard., Suite 100,
                Elgin, IL 60123
20303486       EDI: HNDA.COM Dec 26 2013 23:58:00      American Honda Finance Corporation,
                National Bankruptcy Center,    P.O. Box 168088,   Irving, TX 75016-8088,    866-716-6441
20220722       EDI: CITICORP.COM Dec 26 2013 23:58:00      Citicorp Credit Services *,
                ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,   Kansas City, MO 64195
20220723      +EDI: CIAC.COM Dec 26 2013 23:58:00      Citimortgage Co. Inc,    1000 Technology Drive,
                O Fallon, MO 63368-2240
20220724       EDI: DISCOVER.COM Dec 26 2013 23:58:00      Discover Financial Services,    PO Box 15316,
                Wilmington, DE 19850
20220725       EDI: DISCOVER.COM Dec 26 2013 23:58:00      Discover Financial Services LLC,    2500 Lake Cook Road,
                Deerfield, IL 60015
20244080       EDI: DISCOVER.COM Dec 26 2013 23:58:00      Discover Bank,   DB Servicing Corporation,
                PO Box 3025,   New Albany, OH  43054-3025
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2013                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2013 at the address(es) listed below:
              Dana N O'Brien    on behalf of Creditor    OneWest Bank, FSB dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Mohammed O Badwan    on behalf of Debtor Kenneth W. Jackson mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                             TOTAL: 4
```